# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

MAVERICK RECORDING COMPANY,
CAPITOL RECORDS, INC.,
WARNER BROS. RECORDS, INC.,
BMG MUSIC, UMG RECORDINGS, INC.,
MOTOWN RECORD COMPANY, L.P.,
and ARISTA RECORDS LLC,

        Plaintiffs,        Case No. 05-C-1295

    v.

VIRGINIA PARKS,

        Defendant.

## OPINION AND ORDER

The parties to this action have stipulated to a voluntary dismissal of all claims raised. Therefore, the court ORDERS that this action is dismissed without prejudice. See Federal Rule of Civil Procedure 41(a).

IT IS FURTHER ORDERED that the Clerk of Court shall enter a judgment as a separate document. See Federal Rule of Civil Procedure 58. This judgment shall provide that:

> This action brought by Plaintiffs Maverick Recording Company, Capitol Records, Inc., Warner Bros. Records, Inc., BMG Music, UMG Recordings, Inc., Motown Record Company, L.P. and Arista Records, LLC against Defendant Virginia Parks before the court, the Honorable Thomas J. Curran, District Judge, presiding, and the parties having stipulated to a voluntary dismissal of all claims raised,
>
> IT IS ORDERED AND ADJUDGED

that this action is dismissed without prejudice.

Done and Ordered in Chambers at the United States Courthouse, Milwaukee, Wisconsin, this 10th day of April, 2006.

        s/ Thomas J. Curran
        Thomas J. Curran
        United States District Judge